NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
FRANCISCO GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>FRANCISCO GARCIA,<br><br>                   Defendant. | CASE NO. 1:24-CR-00055-JLT<br><br>STIPULATION TO CONTINUE<br>SENTENCING |

      Defendant, FRANCISCO GARCIA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, ANTONIO J. PATACA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, July 15, 2024, at 9:00 a.m. be continued to Monday, September 30, 2024 at 9:00 a.m. in the courtroom for the Honorable Jennifer L. Thurston, District Judge.

      The continuance is necessary and good cause exists because Defendant requires additional time to prepare his sentencing memorandum and mitigating factors.  Both the government and the defense requires the additional time to finalize their sentencing positions.  This would critically affect the outcome of the final sentence and is in the interest of justice.

1    This stipulation is based on good cause and in the interest of justice.   For the reasons

2 set forth above, the parties agree that the sentencing hearing currently scheduled for July 15,

3 2024, at 9:00 a.m. be continued to September 30, 2024 at 9:00 a.m.

4 **IT IS SO STIPULATED**

5                                                     Respectfully submitted,

6 Dated: 07/08/2024                    /s/ Nicholas F. Reyes
                                                     NICHOLAS F. REYES
7                                                     Attorney for Defendant

8 **IT IS SO STIPULATED**

9

10 Dated: 07/08/2024                  /s/ Antonio J. Pataca
                                                   ANTONIO J. PATACA
11                                                 Assistant U.S. Attorney

12

13 IT IS SO ORDERED.

14    Dated:   __**July 9, 2024**__

15                                                 UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2