1  NICHOLAS F. REYES, #102114
   NICHOLAS F. REYES LAW CORPORATION
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone: 559-486-4500
   Facsimile: 559-486-4533
4  Email: nfreyeslaw@gmail.com

5  Attorney for Defendant
   FRANCISCO GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| FRANCISCO GARCIA, | |
| Defendant. | |

Defendant, FRANCISCO GARCIA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, ANTONIO J. PATACA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, September 30, 2024, at 9:00 a.m. be continued to Monday, November 18, 2024 at 9:00 a.m. in the courtroom for the Honorable Jennifer L. Thurston, District Judge.

The continuance is necessary and good cause exists because Defendant requires additional time to prepare his sentencing memorandum and mitigating factors. Both the government and the defense requires the additional time to finalize their sentencing positions. This would critically affect the outcome of the final sentence and is in the interest of justice.

1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for September 30, 2024, at 9:00 a.m. be continued to November 18, 2024 at 9:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 09/24/2024

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 09/24/2024

/s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **September 25, 2024**

UNITED STATES DISTRICT JUDGE